IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GABRIEL LOPEZ,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1510

Opinion filed August 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Russell L. Healey, Judge.

Gabriel Lopez, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.